**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50353 |
| Plaintiff - Appellee, | D.C. No. 5:10-cr-00027-VAP |
| v. | |
| GREGORY ANTHONY FLORES, a.k.a. Greg Flores, a.k.a. Gregor A. Flores, a.k.a. Gregory Flores, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted March 10, 2014[**]

Before:     PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Gregory Anthony Flores appeals from the district court's judgment and

challenges the 144-month sentence imposed following his guilty-plea conviction

for wire fraud conspiracy, in violation of 18 U.S.C. §§ 1343 and 1349; and tax

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

evasion, in violation of 26 U.S.C. § 7201.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Flores contends that his sentence is substantively unreasonable in light of his age and poor health, and because U.S.S.G. § 2B1.1 lacks proper empirical foundation.  The district court did not abuse its discretion in imposing Flores's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The within-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Flores's offense conduct.  *See id.*  Moreover, the district court was under no obligation to vary from the Guidelines based on policy considerations.  *See United States v. Carper*, 659 F.3d 923, 925 (9th Cir. 2011).

**AFFIRMED.**